UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
DEC 0 3 2014
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

**INDICTMENT FOR MAKING THREATS BY MAIL**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 14- 146-BAJ-SCR |
| *versus* | |
| BRIAN CAVALIER | 18 U.S.C. § 844(e) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about November 1, 2013, in the Middle District of Louisiana, the defendant, **BRIAN CAVALIER**, through the use of the mail, maliciously conveyed false information knowing the same to be false, concerning an alleged attempt to injure and intimidate and to unlawfully damage and destroy a building by means of an explosive, namely, **CAVALIER** falsely conveyed to the United States District Court for the Middle District of Louisiana that a bomb had been planted in the federal courthouse and that the bomb was set to detonate within twenty-four (24) hours.

The above is a violation of Title 18, United States Code, Section 844(e).

### COUNT 2

On or about December 2, 2013, in the Middle District of Louisiana, the defendant, **BRIAN CAVALIER**, through the use of the mail, maliciously conveyed false information knowing the same to be false, concerning an alleged attempt to injure and intimidate and to unlawfully damage and destroy a building by means of an explosive, namely, **CAVALIER**

falsely conveyed to the 19th Judicial District Court in Baton Rouge, Louisiana that a bomb had been planted in the courthouse and that the bomb was set to detonate within two (2) hours.

The above is a violation of Title 18, United States Code, Section 844(e).

UNITED STATES OF AMERICA, by

_____
J. WALTER GREEN
UNITED STATES ATTORNEY

_____
ALAN A. STEVENS
ASSISTANT U.S. ATTORNEY

**A TRUE BILL**

_____
GRAND JURY FOREPERSON

_12-3-14_____
DATE

**Criminal Cover Sheet**         **U.S. District Court**

**Place of Offense:**                    Matter to be sealed:  X No   ☐ Yes

City        Baton Rouge, LA        **Related Case Information:**

County/Parish   EBR              Superseding Indictment _____   Docket Number _____
                                 Same Defendant _____           New Defendant ___X___
Investigating Agency   FBI       Magistrate Case Number _____
                       SA David Clarke   Search Warrant Case No. _____
                                 R 20/ R 40 from District of _____
                                 **Any Other Related Cases:** _____

**Defendant Information:**
Defendant Name    **Brian Cavalier**


**U.S. Attorney Information:**
AUSA  Alan A Stevens


**Interpreter:**  ☐ No  ☐ Yes    **List language and/or dialect:** _____

**Location Status:**

Arrest Date  _____
             Already in Federal Custody as of
    X        Already in State Custody
             On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    __2__

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** | **Petty/ Misdemeanor/ Felony** |
|---|---|---|---|
| 18:844(e) | Making Threats By Mail | 1-2 | Felony |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(May be continued on second sheet)

Date:  12/3/14          Signature of AUSA: _[signature]_____

**District Court Case Number (To be filled in by deputy clerk):** _____