UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT

*GRAND JURY RETURN*

Date: 12/3/2014

UNITED STATES OF AMERICA

VERSUS

BRIAN CAVALIER

CRIMINAL

NO. 14-146-BAJ-SCR

PRESENT:
Alan Stevens, Esq.
Brad Case, Esq.
Counsel for the United States of America

INDICTMENT FILED.

ARREST WARRANT ISSUE.

\* \* \* \* \*