## UNITED STATES OF LOUISIANA

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 14-146-BAJ-SCR |
| versus : | |
| : | |
| BRIAN CAVALIER : | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE HONORABLE STEPHEN C. RIEDLINGER, UNITED STATES MAGISTRATE JUDGE FOR THE MIDDLE DISTRICT OF LOUISIANA:**

The petition of the United States of America, appearing herein through Alan A. Stevens, Assistant United States Attorney for the Middle District of Louisiana, respectfully shows to this Court:

That **BRIAN CAVALIER** is now confined in the Avoyelles Correctional Center ("AVC"), 1630 Prison Road, Cottonport, Louisiana, and is in the custody of the Warden of said institution, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said **BRIAN CAVALIER** is charged in the United States District Court for the Middle District of Louisiana with violations of 18 U.S.C. § 844(e), and it is necessary for the said **BRIAN CAVALIER** to appear for a 5A Hearing in the United States District Court for the Middle District of Louisiana on the 8th day of January, 2015, at 10:00 a.m., before the Honorable Stephen C. Riedlinger and for all subsequent proceedings in that Court relevant to the United States' prosecution of the defendant.

WHEREFORE, petitioner prays that this Honorable Court forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Warden of the AVC, 1630 Prison Road, Cottonport, Louisiana, requiring him to surrender the body of the said **BRIAN CAVALIER** to the United States Marshal for the Middle District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by the United States Marshal in the United States District Court for the Middle District of Louisiana for the completion of federal charges pending in the case entitled <u>United States v. Brian Cavalier</u>, 14-146-BAJ-SCR.  At the completion of the federal charges, the defendant will be returned by the United States Marshal for the Middle District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or one of his authorized deputies, to the Warden of the AVC, 1630 Prison Road, Cottonport, Louisiana and there be surrendered to the Warden of said institution, or one of his authorized deputies.

        UNITED STATES OF AMERICA, by

        J. WALTER GREEN
        UNITED STATES ATTORNEY

.

        /s/ Alan A. Stevens
        Alan A. Stevens
        Assistant United States Attorney
        777 Florida Street, Suite 208
        Baton Rouge, Louisiana  70801
        Telephone: (225) 389-0443
        Fax: (225) 389-0561
        E-mail: alan.stevens@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 14-146-BAJ-SCR |
| versus : | |
| : | |
| BRIAN CAVALIER : | |

## ORDER AND WRIT
## OF HABEAS CORPUS AD PROSEQUENDUM

Let a writ of habeas corpus ad prosequendum be issued to the Warden of the Avoyelles Correctional Center ("AVC"), 1630 Prison Road, Cottonport, Louisiana, or one of his authorized deputies, ordering and directing said Warden of the said institution, or one of his authorized deputies, to surrender the body of **BRIAN CAVALIER** to the United States Marshal, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by the United States Marshal in the United States District Court for the Middle District of Louisiana for a 5a Hearing on the 8th day of January, 2015, at 10:00 a.m., before the Honorable Stephen C. Riedlinger and for all subsequent proceedings in that Court relevant to the United States' prosecution of the defendant.

After the completion of the federal charges pending in this case, **BRIAN CAVALIER** is to be returned by the United States Marshal for the Middle District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or one of his authorized deputies, to the custody of the Warden of the AVC, 1630 Prison Road, Cottonport, Louisiana.

This Order shall constitute the Writ of Habeas Corpus Ad Prosequendum.

Baton Rouge, Louisiana, this _____ day of _____, 2014.

_____
HONORABLE STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE