UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                                                  NUMBER: 14-00146-BAJ-SCR

BRIAN CAVALIER

_____

NOTICE TO THE COURT

**NOW INTO COURT,** through the undersigned counsels, comes Defendant in the above numbered and captioned cause, Brian Cavalier, who, with respect, provides the following:

I.

Undersigned counsel has been notified by the United States Marshals Service in the Middle District of Louisiana, that Brian Cavalier, the Movant herein, is scheduled for surgery on or about the 24th day of July, 2015, resulting from a broken leg. Thus, the operation will take place at an appropriate hospital in New Orleans, Louisiana, through the Marshals service. Therefore, Defendant cannot be transported to the Bureau of Prisons Medical Facility for a further mental and competency evaluation until on or about the 29th day of July, 2015.

II.

Undersigned counsel, on behalf of Movant, supports the treatment of the Movant in repairing of his broken leg, allowing for a healthy move to the Bureau of Prisons Medical Facility, as set forth above. Movant, through undersigned counsel, does not object to the delay in his transportation to the Bureau of Prisons facility, and also understands this delay will not be included in the time period for the mental/competency evaluation to occur and report back to the presiding judge in the Middle District of Louisiana.

III.

The purpose of this notice is to advise of the concurrence by Movant, through undersigned counsel, and represent and agree the delays set forth above is to the best interest of Movant, and that the same will not be counted against his mental/competency evaluation by the Bureau of Prisons.

>Respectfully submitted:
>
>/s/ J. David Bourland
>J. DAVID BOURLAND
>Attorney at Law
>Bar Roll Number:  03327
>10101 Siegen Lane, 3-A
>Baton Rouge, LA 70810
>Telephone:  (225) 767-0312
>
>Atty. for Defendant, Brian Cavalier

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

NUMBER: 14-146-BAJ-SCR

VERSUS

BRIAN CAVALIER

---

**CERTIFICATE**

I hereby certify that on July 20, 2015, a copy of the foregoing Defendant's Notice to the Court was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will also be sent to counsel(s) of record by means of the Court's electronic filing system.

Baton Rouge, Louisiana, on July 20, 2015.

/s/ J. David Bourland
J. DAVID BOURLAND